United States District Court
Southern District of Ohio

**Related Case Memorandum**
**Civil Cases**

TO: Judge Douglas R. Cole, Judge Walter H. Rice, Chief Magistrate Judge Karen L. Litkovitz, and Magistrate Judge Elizabeth Preston Deavers

FROM: Emily Hiltz, Case Administrator

DATE: 3/15/2023

SUBJECT: Case Caption: Taylor v. State of Ohio

CASE: Case Number: Doc. 1:23-cv-140 1

DISTRICT JUDGE: Douglas R. Cole

MAGISTRATE JUDGE: Elizabeth Preston Deavers

File Date: 3/14/2023

This memorandum is notification of the following possibly related case:

**Related Case:**

Case Caption: *Taylor v. Tornichio et al*

Case Number: Doc. 3:22cv56 1   District Judge: Walter H. Rice

File Date: 2/23/2022   Magistrate Judge: Karen L. Litkovitz

**Related Case(s):**

Case Caption:

Case Number:   District Judge:

File Date:   Magistrate Judge:

Memo Re: Related Civil Cases
Page

The District Judges having conferred, we respond to Case Administrator <u>**Emily Hiltz**</u> as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge <u>Rice + Judge Karen Litkovitz</u>

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*